```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
    UNITED STATES OF AMERICA,                               :
                                    Plaintiff,              :
                                                            :
                 -against-                                  :
                                                            :
    CARL ANDERSON,                                          :
                                    Defendant,              :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/06/2019

18 Cr. 712-01 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Carl Anderson's sentencing hearing shall be held on **February 18, 2020** at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Defendant's pre-sentencing submission, if any, shall be filed on or before **January 27, 2020**. The Government's pre-sentencing submission, if any, shall be filed by **January 30, 2020.**

Dated: December 6, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**