JOSEPH R. BENFANTE, P.C.
ATTORNEY AT LAW
225 BROADWAY, SUITE 2700
NEW YORK, NEW YORK 10007
WWW.BENFANTELAW.COM

JOSEPH R. BENFANTE

JON L. NORINSBERG
OF COUNSEL

TELEPHONE: (212) 227-4700

FACSIMILE: (212) 406-6890

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/24/2020

January 23, 2020

*Application GRANTED in part. Defendant Carl Anderson's sentencing hearing is adjourned to **March 10, 2020 at 11:00 a.m**. Defendant's pre-sentencing submission shall be filed by February 17, 2020. The Government's pre-sentencing submission, if any, shall be filed by February 20, 2020. The Clerk of the Court is respectfully directed to terminate the letter motion at docket number 57.*

*Dated: January 24, 2020*
*New York, New York*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

VIA ECF
Honorable Judge Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re: United States v. Carl Anderson
    Criminal Docket Number 18-CR-00712 (LGS)

Dear Judge Schofield:

Please be advised that the undersigned attorney is respectfully requesting an extension of time to submit defendant's presentencing submission – which was due to be filed on January 27, 2020. I am requesting my time to file same, be extended to February 5, 2020.

The reason for requesting the additional time to file said sentencing submission is because pertinent medical records regarding my client's medical condition are awaited.

I also respectfully request that the sentencing date of February 18, 2020 be extended to February 27, 2020, in that my client's brother Michael Anderson, who works for Citi Group is counsel's main point of contact to the defendant, and his assistance and presence at the sentencing is required.

Michael Anderson, defendant's brother, cannot attend the sentencing on February 18, 2020 for reasons involving his high school daughter's college admissions.

This adjournment has been consented to by Assistant United States Attorney Nicolas Roos, Esq.

JOSEPH R. BENFANTE

January 23, 2020
Page Two
Honorable Judge Lorna G. Schofield

      Therefore, it is respectfully requested that Mr. Anderson's sentencing be adjourned to February 27, 2020 and his time to submit his presentencing submission be extended to February 5, 2020.

      Thank you for the courtesy extended.

Respectfully yours,

JOSEPH R. BENFANTE

JRB:jb
cc: Nicolas Roos, Esq.
    Assistant United States Attorney