# JOSEPH R. BENFANTE, P.C.
Attorney At Law
225 Broadway, Suite 2700
New York, New York 10007
www.benfantelaw.com

JOSEPH R. BENFANTE

JON L. NORINSBERG
Of Counsel

Telephone: (212) 227-4700

Facsimile: (212) 406-6890

February 13, 2020

VIA EMAIL and ECF
Honorable Judge Lorna G. Schofield
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Carl Anderson
    Docket Number 18-CR-00712 (LGS)

*The Court will address this application at the March 10, 2020 sentencing hearing. The Clerk of the Court is directed to terminate the letter motion at docket number 60.*

*Dated: February 19, 2020*
*New York, New York*

*LORNA G. SCHOFIELD*
*UNITED STATES DISTRICT JUDGE*

Dear Honorable Judge Schofield:

This letter is submitted on behalf of defendant Carl Anderson, who is scheduled to appear before you for sentencing on March 10, 2020 at 11:00 A.M.

The undersigned attorney respectfully requests Your Honor's permission to file defendant Anderson's Sentencing Letter Memorandum "Under Seal," in that the entire sentencing submission is based on defendant's "diminished capacity" and/or "significantly reduced mental capacity, and includes the report of clinical Psychologist Stephen D. Chece, as well as letters from defendant's two brothers which include personal and sensitive information.

Thank you for the courtesy extended in this matter.

Respectfully submitted,

JOSEPH R. BENFANTE

JRB:jb
cc: Nicolas Roos, Esq.
    Assistant United States Attorney