USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/09/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
               :
UNITED STATES OF AMERICA,    :
          Plaintiff,    :
               :    18 Cr. 712-01 (LGS)
     -against-    :
               :    ORDER
CARL ANDERSON,    :
         Defendant,    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Luis-Angel Rivera's sentencing hearing previously scheduled for March 10, 2020, is adjourned to **March 12, 2020 at 2:00 p.m.** due to a conflict in the Court's schedule.

Dated: March 9, 2020
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**