# JOSEPH R. BENFANTE, P.C.
ATTORNEY AT LAW
225 BROADWAY, SUITE 2700
NEW YORK, NEW YORK 10007
WWW.BENFANTELAW.COM

JOSEPH R. BENFANTE

JON L. NORINSBERG
OF COUNSEL

TELEPHONE: (212) 227-4700

FACSIMILE: (212) 406-6890

June 5, 2020

> Application Granted. Defendant Anderson's self-surrender date is hereby extended to September 3, 2020. The Clerk of the Court is directed to terminate the letter motion at docket number 82.
>
> Dated: June 9, 2020
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

**VIA ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Carl Anderson, et. al</u>
18 CR. 712 (LGS)

Dear Judge Schofield:

I write on behalf of defendant Carl Anderson to request an adjournment of his self-surrender date, which is currently scheduled for June 10, 2020.

I have contacted Assistant United States Attorney Nicolas Roos via email and he has consented to adjourning Carl Anderson's self-surrender date to any day in September, 2020.

Please also be advised that I have spoken with Carl Anderson's Pretrial Officer Assistant, Courtney M. Defeo, who has stated no objection.

A date in September should provide enough time for a safe environment for his placement due to the current Coronavirus/Covid19 Pandemic, especially in light of Mr. Anderson's age and current medical situation which puts him at a higher risk.

Thank you, Your Honor for your courtesy in this matter and throughout this entire case.

Respectfully yours,

JOSEPH R. BENFANTE

cc: Assistant U.S. Attorney Nicolas Roos
    Pretrial Officer Assistant, Courtney M. Defeo